DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESUS VAZQUEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2671

[January 19, 2023]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas Michael Lynch V, Judge; L.T. Case No. 02-21387CF10A.

Jesus Vazquez, Okeechobee, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***